**James A. CLARK; Helen P. Clark,**
**Plaintiffs-Appellants,**

v.

**WELLS FARGO BANK N.A.,**
**Defendant-Appellee.**

**No. 17-1912**

United States Court of Appeals,
Fourth Circuit.

Submitted: December 28, 2017

Decided: January 5, 2018

James A. Clark and Helen P. Clark, Appellants Pro Se. B. Chad Ewing, WOMBLE BOND DICKINSON (US) LLP, Charlotte, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. and Helen P. Clark appeal the district court's order dismissing their complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, while we grant leave to amend the informal brief and to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Clark v. Wells Fargo Bank N.A.*, No. 5:17-cv-00163-BO, 2017 WL 4485897 (E.D.N.C. July 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*